UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Criminal Number: 12-75 (KSH) |
| RITA S. KIM, and HYON-SUK CHUNG, a/k/a "Clara" | : | O R D E R |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony Moscato, Assistant U.S. Attorney, appearing), and defendants Rita S. Kim (Stephen N. Dratch, Esq., appearing) and Hyon-Suk Chung, a/k/a "Clara" (Thomas Ambrosio, Esq., appearing) and good cause having been shown, the Court makes the following findings:

  1. The discoverable materials in this matter include voluminous amounts of documents and evidence that will be made available for inspection and discovery;

  2. Counsel for each defendant will need additional time to review the discovery in this matter and to prepare motions for filing with the Court.

  3. Although the case may not be so unusual or so complex, as those terms are used in Title 18, United States Code, Section 3161(h)(7)(B)(ii), failure to grant a continuance in this case, when taken as a whole, would deny counsel for each defendant reasonable time necessary for effective preparation,

taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. The failure to grant such a continuance in the proceedings would be likely to result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

5. The ends of justice served by granting a continuance of the trial date outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7).

and

IT IS, therefore, on this 22nd day of February, 2012,

ORDERED that the trial date in this matter is continued until October 2, 2012, and that the period of time from the date of this Order through and including October 2, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act; and it is further

ORDERED that:

1. The defendants will file pretrial motions on or before August 15, 2012;

2. The United States will respond to such motions on or before August 29, 2012;

3. The defendants will file any reply papers, if any, on or before September 5, 2012;

4. The return date for pretrial motions will be September 12, 2012, at 10:00 a.m.

5. Trial will commence on October 2, 2012, at 9:00 a.m.

_____
HON. KATHARINE S. HAYDEN
United States Senior District Judge

Consented to:

_____
Anthony Moscato
Assistant U.S. Attorney

_____
Stephen N. Dratch, Esq.
Attorney for the defendant Kim

_____
Thomas Ambrosio, Esq.
Attorney for the defendant Chung

4. The return date for pretrial motions will be September 12, 2012, at 10:00 a.m.

5. Trial will commence on October 2, 2012, at 9:00 a.m.

---

HON. KATHARINE S. HAYDEN
United States Senior District Judge

Consented to:

---

Anthony Moscato
Assistant U.S. Attorney

---

Stephen N. Dratch, Esq.
Attorney for the defendant Kim

---

Thomas Ambrosio, Esq.
Attorney for the defendant Chung