UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Criminal Number: 12-75 (KSH) |
| RITA S. KIM,<br>HYON-SUK CHUNG,<br>   a/k/a "Clara,"<br>HYE-WON JUNG, and<br>JOONG-HYUN JUNG | : | O R D E R |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony Moscato, Assistant U.S. Attorney, appearing), and defendants Rita S. Kim (Stephen N. Dratch, Esq., appearing), Hyon-Suk Chung, a/k/a "Clara" (Thomas Ambrosio, Esq., appearing), Hye-Won Jung (Christopher L. Patella, Esq., appearing), and Joong-Hyun Jung (Jeffrey G. Garrigan, Esq., appearing) and good cause having been shown, the Court makes the following findings:

1. The discoverable materials in this matter include voluminous amounts of documents and evidence that have been and will continue to be made available for inspection and discovery.

2. Counsel for each defendant will need additional time to review the discovery in this matter and to prepare motions for filing with the Court and for trial.

3. Although the case may not be so unusual or so complex, as those terms are used in Title 18, United States Code, Section 3161(h)(7)(B)(ii), failure to grant a continuance in this

case, when taken as a whole, would deny counsel for each defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. The failure to grant such a continuance in the proceedings would be likely to result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

5. The ends of justice served by granting a continuance of the trial date outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7).

IT IS, therefore, on this 9th day of October, 2012,

ORDERED that the trial date in this matter is continued until April 2, 2013, and that the period of time from the date of this Order through and including April 2, 2013 shall be excluded for the purposes of computing time under the Speedy Trial Act; and it is further

ORDERED that:

1. The defendants will file pretrial motions on or before January 11, 2013;

2. The United States will respond to such motions on or before February 1, 2013;

3. The defendants will file any reply papers, if any, on or before February 15, 2013;

4. ~~The return date for~~ oral argument on the pretrial motions and pretrial conference will be March 4, 2013. Commencing @ 10:00 a.m.

5. Trial will commence on April 2, 2013, at 9:00 a.m.

_____
HON. KATHARINE S. HAYDEN
United States Senior District Judge


Consented to:

_____
Anthony Moscato
Jane H. Yoon
Assistant U.S. Attorneys


_____
Stephen N. Dratch, Esq.
Attorney for the defendant Kim


_____
Thomas Ambrosio, Esq.
Attorney for the defendant Chung


_____
Christopher L. Patella, Esq.
Attorney for the defendant Ms. Jung


_____
Jeffrey G. Garrigan, Esq.
Attorney for the defendant Mr. Jung

4. The return date for pretrial motions and pretrial conference will be March 4, 2013.

5. Trial will commence on April 2, 2013, at 9:00 a.m.

_____
HON. KATHARINE S. HAYDEN
United States Senior District Judge


Consented to:

_____
Anthony Moscato
Jane H. Yoon
Assistant U.S. Attorneys

_____
S~~tephen N. Dratch~~, Esq. JULIAN WILSEY
Attorney for the defendant Kim

_____
Thomas Ambrosio, Esq.
Attorney for the defendant Chung

_____
Christopher L. Patella, Esq.
Attorney for the defendant Ms. Jung

_____
Jeffrey G. Garrigan, Esq.
Attorney for the defendant Mr. Jung

4. The return date for pretrial motions and pretrial conference will be March 4, 2013.

5. Trial will commence on April 2, 2013, at 9:00 a.m.

_____
HON. KATHARINE S. HAYDEN
United States Senior District Judge


Consented to:

_____
Anthony Moscato
Jane H. Yoon
Assistant U.S. Attorneys


_____
Stephen N. Dratch, Esq.
Attorney for the defendant Kim

_____
Thomas Ambrosio, Esq.
Attorney for the defendant Chung


_____
Christopher L. Patella, Esq.
Attorney for the defendant Ms. Jung


_____
Jeffrey G. Garrigan, Esq.
Attorney for the defendant Mr. Jung

4.  The return date for pretrial motions and pretrial conference will be March 4, 2013.

5.  Trial will commence on April 2, 2013, at 9:00 a.m.

_____
HON. KATHARINE S. HAYDEN
United States Senior District Judge


Consented to:

_____
Anthony Moscato
Jane H. Yoon
Assistant U.S. Attorneys


_____
Stephen N. Dratch, Esq.
Attorney for the defendant Kim


_____
Thomas Ambrosio, Esq.
Attorney for the defendant Chung

_____
Christopher L. Patella, Esq.
Attorney for the defendant Ms. Jung


_____
Jeffrey G. Garrigan, Esq.
Attorney for the defendant Mr. Jung

4. The return date for pretrial motions and pretrial conference will be March 4, 2013.

5. Trial will commence on April 2, 2013, at 9:00 a.m.

_____
HON. KATHARINE S. HAYDEN
United States Senior District Judge


Consented to:

_____
Anthony Moscato
Jane H. Yoon
Assistant U.S. Attorneys


_____
Stephen N. Dratch, Esq.
Attorney for the defendant Kim


_____
Thomas Ambrosio, Esq.
Attorney for the defendant Chung


_____
Christopher L. Patella, Esq.
Attorney for the defendant Ms. Jung

_____
Jeffrey G. Garrigan, Esq.
Attorney for the defendant Mr. Jung