# FRANZBLAU DRATCH, P.C.
ATTORNEYS AT LAW
PLAZA ONE
354 EISENHOWER PARKWAY
P.O. BOX 472
LIVINGSTON, N.J. 07039-0472
(973) 992-3700
TELECOPIER (973) 992-7945 OR (973) 994-0130
email: <fullname>@njcounsel.com

WRITER'S DIRECT DIAL: (973) 533-7212

S. M. CHRIS FRANZBLAU
STEPHEN N. DRATCH*
MARTIN L. FENIK*
PATRICK T. COLLINS◊▽
JULIAN WILSEY
BRIAN M. DRATCH*
ELIZABETH A. DELAHUNTY△

NEW YORK OFFICE
233 BROADWAY
SUITE 1800
NEW YORK, NY 10279
(212) 571-1808
PLEASE REPLY TO N.J. OFFICE

WEBSITE:
www.njcounsel.com

OF COUNSEL
RICHARD E. MISCHEL*
ALLEN B. PEARL
SANFORD F. YOUNG*◊
ADAM D. DRATCH*

*NJ & NY BAR
△NJ, NY & FL
◊PA BAR
☐CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A MATRIMONIAL ATTORNEY
▽CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

May 6, 2013

VIA E-MAIL njdnef_hayden@njd.uscourts.gov

Honorable Katharine S. Hayden, Sr.U.S.D.J.
Frank R. Lautenberg U.S.P.O.
Courthouse Building, Room 311
P.O. Box 999
Newark, New Jersey 07102

    Re:  U.S.A. v. Rita S. Kim and Hyon-Suk Chong a/k/a Clara
          Case No. 12-75 (KSH)

Dear Judge Hayden:

    I must leave for Houston, Texas on Wednesday May 8, 2013 and must be at the airport at approximately 3:00 p.m. Accordingly, I am respectfully requesting that the proceedings involving Rita Kim be held on Wednesday morning May 8, 2013 or Friday morning May 10, 2013. I will be returning to New Jersey late Thursday evening May 9th. May I please hear from Chambers.

Respectfully yours,

STEPHEN N. DRATCH

SND/rlm
cc:  Thomas Ambrosio, Esq. - via e-mail
      AUSA Anthony Moscato - via e-mail
      AUSA Jane Yoon - via e-mail

*[Handwritten: Request Denied. Oral argument on the pending motions will go forward on 5/9/13 @ 2:00 p.m.]*

SO ORDERED: _Katharine Hayden_
KATHARINE S. HAYDEN, U.S.D.J.
DATE: 5/6/13